RECEIVED
APR 16 2015
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | ~~Mag. No. 15-00268~~  15-CR-164 (MLC) |
| LIONEL HENDERSON, | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jacquelynn F. Seely, Special Assistant United States Attorney, appearing), in the presence of Lisa Van Hoeck, Esq., attorney for defendant Lionel Henderson, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant without bail pending the trial in the above-entitled matter, and defendant having consented to detention, without prejudice, and for good cause shown:

IT IS, therefore, on this _16th_ day of April 2015,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Henderson be committed to the custody of the Attorney General or his authorized representative pending the trial in the above-entitled matter;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Henderson be afforded reasonable opportunity for private consultations with counsel;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on

request of an attorney for the United States, defendant Henderson shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings;

    IT IS FURTHER ORDERED that the motion of the United States for an order detaining defendant Henderson without bail pending the trial in this matter is hereby granted, and defendant Henderson is hereby ordered detained, without prejudice, pending the trial in the above-entitled matter.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge